```
                    UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF MISSISSIPPI
                          NORTHERN DIVISION
```

JOHN WILLIAM BARRETT, #27578                                PLAINTIFF

VS.                              CIVIL ACTION NO. 3:16CV156TSL-RHW

MTC CORP., ET AL.                                          DEFENDANTS

                               ORDER

This cause is before the court on the report and recommendation of Magistrate Judge Robert H. Walker entered on November 29, 2017, recommending that plaintiff John William Barrett's in forma pauperis status be revoked. Plaintiff has filed an objection. Having reviewed the report and recommendation and plaintiff's objection, the court concludes that the objection is overruled and hereby adopts, as its own opinion, the magistrate judge's report and recommendation.

Based on the foregoing, it is ordered that the report and recommendation of United States Magistrate Robert H. Walker entered on November 29, 2017, be, and the same is hereby, adopted as the finding of this court. Accordingly, it is further ordered that plaintiff's ifp status is revoked and that plaintiff shall pay the filing fee of $400.00 on or before January 8, 2017. Plaintiff's failure to pay the filing fee by this date will result in the dismissal of his complaint without further notice from the court.

SO ORDERED this 12th day of December, 2017.


      <u>/s/ Tom S. Lee</u>
      UNITED STATES DISTRICT JUDGE